# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KRYSTAL SHAVON WASHINGTON | CIVIL ACTION NO. 03-2057 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 66) filed by Defendant City of Shreveport be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Record Document 79) filed by Defendant Willie McDuffie be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff Krystal Washington's federal claims under 42 U.S.C. § 1983 against the City of Shreveport and Willie McDuffie be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Krystal Washington's state constitutional claims against the City of Shreveport and Willie McDuffie be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Krystal Washington's state law tort claims against the City of Shreveport and Willie McDuffie be and are hereby **DISMISSED WITHOUT PREJUDICE** as this Court declines to exercise jurisdiction over those claims.

**IT IS FURTHER ORDERED** that the Clerk of Court close the case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE